**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| SHAYLA HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00119-ACL |
| | ) | |
| CAR MART, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

For the reasons stated in the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 23rd day of September, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE